UNITED STATES DISTRICT COURT
───── District of ─────
MASSACHUSETTS

| | |
|---|---|
| MASON HEYDT, *as owner of the* M/V MASONS CANDY, and *as nominee on behalf of* NATIONAL SAVE THE SEA TURTLE FOUNDATION, INC.; and, YACHTINSURE, LTD, : : : : | Civil Action: 1:18-cv-12076-WGY |
| Plaintiffs : v. : | **In Admiralty** |
| TBT MOORINGS, INC., d/b/a Nantucket Moorings, : | |
| Defendant : | |

# CONSENT MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

1. This case is called for an initial scheduling conference at 2:00 p.m. on January 17, 2019.

2. The parties consent to continue to the scheduling conference due to a scheduling conflict on January 17, 2019.

3. The parties respectfully submit the following availability for the scheduling conference: January 8, 9, 10, and 11; February 6, 7, 8, 19, 20, 21 and 22.

**WE SO CONSENT:**

| For the Plaintiff, | For the Defendant, |
|---|---|
| By their attorney, **JAMES R. DAVIS, ESQ.** | By its attorneys, **CLINTON & MUZYKA, P.C.** |
| "/s/James R. Davis" James R. Davis BBO NO. 649750 BB&T Plaza, MB # 16 | "/s/ Thomas J. Muzyka" Thomas J. Muzyka BBO NO: 365540 Robert E. Collins |

1

| | |
|---|---|
| 234 Seven Farms Drive, 211B | BBO NO: 555843 |
| Daniel Island, SC 29492 | 88 Black Falcon Avenue, Suite 200 |
| Tel: 843-642-8333 | Boston, MA 02210 |
| Direct: 843-364-2218 | Tel: (617) 723-9165 |
| Email: jim@jdavispc.com | Fax: (617) 720-3489 |
| | Email: rcollins@clinmuzyka.com |

**CERTIFICATE OF SERVICE**

    Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 17, 2018.

                                                        s/ James R. Davis
                                                        James R. Davis